1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O'NEILL WILLIAMS, | Case No. CV 14-5961 SVW (SS) |
|         Petitioner, | **ORDER ACCEPTING FINDINGS,** |
|    v. | **CONCLUSIONS AND** |
| A.M. GONZALEZ, Warden, | **RECOMMENDATIONS OF UNITED** |
|         Respondent. | **STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his current
6 address of record.
7
8 **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: January 20, 2015
11
12 STEPHEN V. WILSON
 UNITED STATES DISTRICT JUDGE
13

2