**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O'NEILL WILLIAMS, | Case No. CV 14-5961 SVW (SS) |
|           Petitioner, | |
|    v. | **JUDGMENT** |
| A.M. GONZALEZ, Warden, | |
|           Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  January 20, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE